UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. WILEY, *et al.*, | ) | Case No.: 1:07 CV 1602 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ARGO-TECH CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

Judge Solomon Oliver, Jr. hereby instructs counsel to find a convenient date for mediation so that trial can commence on March 9, 2009, as scheduled.

IT IS SO ORDERED.

<u>/S/ SOLOMON OLIVER, JR.</u>
UNITED STATES DISTRICT JUDGE

January 30, 2009